IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASON TATE, | : |
| Plaintiff, | : CIVIL ACTION |
| v. | : No. 13-131 |
| CITY OF PHILADELPHIA, SERGEANT PATRICK LOVE, POLICE OFFICER EDGAR VAZQUEZ, and JOHN DOES 1-5, | : |
| Defendants. | : |

**O R D E R**

**AND NOW**, this 28th day of August, 2014, upon consideration of the Motion in Limine to Permit the Use of Prior Criminal Convictions as Impeachment of Randall Russell filed by Defendants, the City of Philadelphia, Sergeant Patrick Love, and Police Officer Edgar Vazquez (Doc. No. 13), and Plaintiff Jason Tate's Response to Defendants' Motion in Limine (Doc. No. 14), it is hereby **ORDERED** that the Motion is **GRANTED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE